# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dale Waters vs. Alexandre Behring, et al.

Case Number: 20-cv-2072

An appearance is hereby filed by the undersigned as attorney for:
The Kraft Heinz Company, Alexandre Behring, Joao M. Castro-Neves, John T. Cahill, Gregory Abel, Feroz Dewan, Jeanne P. Jackson, Jorge Paulo Lemann, John C. Pope, Alexandre Van Damme, George Zoghbi, Tracy Britt Cool, Marcel Hermann Telles, Mackey J. McDonald, Bernardo Hees, Paulo Basilio, David H. Knopf, Vince Garlati, and Christopher R. Skinger.

Attorney name (type or print): Gabriel K. Gillett

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654-3456

Bar ID Number: 6328233
(See item 3 in instructions)

Telephone Number: 312-222-9350

Email Address: ggillett@jenner.com

Are you acting as lead counsel in this case?  ☐ Yes  ✔ No

Are you acting as local counsel in this case?  ✔ Yes  ☐ No

Are you a member of the court's trial bar?  ☐ Yes  ✔ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ✔ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 22, 2020

Attorney signature: S/ Gabriel K. Gillett
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015