**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DALE WATERS, Derivatively on Behalf of Nominal Defendant THE KRAFT HEINZ COMPANY,<br><br>                Plaintiff,<br><br>  v.<br><br>ALEXANDRE BEHRING, et al.,<br><br>                Defendants,<br><br>  and<br><br>THE KRAFT HEINZ COMPANY,<br><br>                Nominal Defendant. | Case No. 1:20-cv-02072<br><br>Honorable Robert M. Dow, Jr. |
| STEPHEN SILVERMAN and CHARLOTTE HAYS, Derivatively on Behalf of THE KRAFT HEINZ COMPANY,<br><br>                Plaintiffs,<br><br>  v.<br><br>ALEXANDRE BEHRING, et al.,<br><br>                Defendants.<br><br>  – and –<br><br>THE KRAFT HEINZ COMPANY, a Delaware corporation,<br><br>                Nominal Defendant. | Case No. 1:20-cv-02257<br><br>Honorable Sara L. Ellis |

| | |
|---|---|
| IAN GREEN, Derivatively on Behalf of THE KRAFT HEINZ COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER BEHRING, et al.,<br><br>Defendants,<br><br>-and-<br><br>THE KRAFT HEINZ COMPANY, a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 1:20-cv-02258<br><br>Honorable Virginia M. Kendall |
| IN RE KRAFT HEINZ SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:20-cv-02259<br><br>Honorable Robert M. Dow, Jr. |

**NOTICE OF AGREED MOTION FOR REASSIGNMENT OF RELATED CASES**

PLEASE TAKE NOTICE THAT on June 5, 2020, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Alexandre Behring, John T. Cahill, Gregory E. Abel, Tracy Britt Cool, Feroz Dewan, Jeanne P. Jackson, Jorge Paulo Lemann, John C. Pope, Marcel Herrmann Telles, Alexandre Van Damme, George Zoghbi, Bernardo Hees, Paulo Basilio, David H. Knopf, Christopher R. Skinger, and Vince Garlati shall appear by telephone before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, and there and then present their *Agreed Motion for Reassignment of Related Cases*.

| | |
|---|---|
| Dated: May 26, 2020 | Respectfully submitted, |

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **JENNER & BLOCK LLP** |
| | BY: */s/ Dean N. Panos* |
| Daniel J. Kramer (admitted *pro hac vice*) | Dean N. Panos (Il. ARDC # 6203600) |
| Andrew J. Ehrlich (admitted *pro hac vice*) | Howard S. Suskin (Il. ARDC # 6185999) |
| William A. Clareman (admitted *pro hac vice*) | Gabriel K. Gillett (Il. ARDC # 6328233) |
| 1285 Avenue of the Americas | 353 N. Clark Street |
| New York, NY  10019-6064 | Chicago, IL  60654-3456 |
| Phone:  (212) 373-3000 | Phone:  (312) 222-9350 |
| Fax:  (212) 757-3990 | Fax:  (312) 527-0484 |
| dkramer@paulweiss.com | dpanos@jenner.com |
| aehrlich@paulweiss.com | hsuskin@jenner.com |
| wclareman@paulweiss.com | ggillett@jenner.com |
| *Counsel for Defendants* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Notice of Agreed Motion for Reassignment of Related Cases* was filed on May 26, 2020 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By: */s/ Dean N. Panos*
Dean N. Panos